**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GREGORY KNIGHT,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Civil Action No. 1:19-cv-02673 (RBW)** |
| | **)** | |
| **ENTERTAINMENT CRUISES** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Greg Knight, and Defendant, Entertainment Cruises by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Dated: June 3, 2021

*/s/Neil S. Hyman*
Neil S. Hyman
Bar. No 465047
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814

*Attorney for Plaintiff*

*/s/ Jason A. Ross*
Matthew F. Nieman (DC Bar No. 985382)
Jason A. Ross (DC Bar No. 1047909)
**JACKSON LEWIS P.C.**
10701 Parkridge Blvd., Suite 300
Reston, Virginia 20191
(703) 483-8300 – Telephone
(703) 483-8301 – Facsimile
Matt.Nieman@jacksonlewis.com
Jason.Ross@jacksonlewis.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GREGORY KNIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:19-cv-02673 (RBW)** |
| ) | |
| **ENTERTAINMENT CRUISES** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

<u>**ORDER**</u>

This matter comes before the Court on the Stipulation of Dismissal with Prejudice. Upon

consideration of this request it is hereby

**ORDERED**, that this case be dismissed with prejudice.

**SO ORDERED** this ___ day of _____, 2021.

_____              _____
Date                                                          Reginald B. Walton
                                                                 UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel for Plaintiff*
*Counsel for Defendant*